# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERRY FOSTER and**                                                             **PLAINTIFFS**
**JANIE BREWER**

**v.**                     **Case No. 3:20-cv-00135-BSM**

**RICK SHIPMAN CONSTRUCTION, INC.**                        **DEFENDANT**

## ORDER

Plaintiffs' motion for reconsideration [Doc. No. 14] is denied. A motion for reconsideration is "not a vehicle for simple reargument on the merits." *Broadway v. Norris*, 193 F.3d 987, 990 (8th Cir. 1999); *see also Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (reconsideration not for new legal theories or evidence that could have previously been presented).

IT IS SO ORDERED this 2nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE