IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRY FOSTER**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 3:20-CV-00135-BSM**

**RICK SHIPMAN**
**CONSTRUCTION, INC.**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE